FILED
JUN 24 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 24 2020
Magistrate Judge Beth W. Jantz
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 267 |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| JEREMIAH J. SCOTT | |

JUDGE PACOLD
MAGISTRATE JUDGE FUENTES

### COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 31, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

JEREMIAH J. SCOTT,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Sig Sauer model P250 9mm semiautomatic pistol bearing serial number 57C008234, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Sig Sauer model P250 9mm semiautomatic pistol bearing serial number 57C008234 and associated ammunition.

A TRUE BILL.

_____
FOREPERSON

_____
UNITED STATES ATTORNEY