# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE PACOLD | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE FUENTES Beth W. Jantz |
|---|---|---|---|
| CASE NUMBER | 20-CR-00267 | DATE | JUNE 24, 2020 |
| CASE TITLE | U.S. v. JEREMIAH SCOTT | | |

DOCKET ENTRY TEXT

### Grand Jury Proceeding

The Grand Jury for **SPECIAL JANUARY 2019** the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Beth W. Jantz_

NO BOND SET; DETAINED BY MAGISTRATE JUDGE.

**FILED**

JUN 24 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE or MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: RBJ