20GJ00605

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Beth W. Jantz |
|---|---|---|---|
| **CASE NUMBER** | 20-CR-00267 | **DATE** | JUNE 24, 2020 |
| **CASE TITLE** | U.S. v. JEREMIAH SCOTT | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2019 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Beth W Jantz_

---

WARRANT PREVIOUSLY ISSUED ON JUNE 4, 2020 IN 20 CR 267 TO STAND. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                    UNDER SEAL)

| | Courtroom Deputy Initials: | RBF |
|---|---|---|