UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMIAH J. SCOTT | No. 20 CR 267<br><br>Judge Martha M. Pacold |

**GOVERNMENT'S WITNESS LSIT**[1]

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby submits the following list of witnesses whom the government may call to testify at trial:

1. Daniel Doherty, responding CPD officer
2. Ricardo Perez Guzman, responding CPD officer
3. Timothy Vasiliadis, responding CPD officer
4. Ryan McBride, Special Agent ATF
5. Kevin Biesty, Special Agent ATF, interstate nexus
6. Dorlisa Bryant, Official Court Reporter
7. Patricia Melin, Assistant State's Attorney
8. Fingerprint Expert
9. DNA Expert

---

[1] At the time of this filing, defense counsel has not indicated if she objects to any of the government's proposed witnesses contained herein.

The government reserves the right to call any additional witnesses whose testimony is necessitated by further information developed before or during the course of the trial, as well as any rebuttal witnesses, if necessary.

Respectfully submitted,
MORRIS PASQUAL
Acting United States Attorney

By: *Anne L. Yonover*
JASMINA VAJZOVIC
ANNE L. YONOVER
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604

Dated: March 29, 2023